IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3033 |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| SCOTT A. BINNICK, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED,

The joint oral motion of counsel is granted, and

1.  The hearing to determine defendant's competency to stand trial is continued to September 27, 2006 at 1:30 p.m. before the undersigned.

2.  The trial setting of October 2, 2006 is removed from the trial calendar and will be rescheduled at a later date.

Dated August 3, 2006.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge