```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )         4:06CR3033
                               )
         v.                    )
                               )
SCOTT A. BINNICK,              )            ORDER
                               )
              Defendant.       )
                               )
```

An issue concerning the defendant's competency has been raised by the defendant. The government seeks an order requiring the defendant to submit to a competency evaluation at a government facility under the direction of the Bureau of Prisons. The defendant is not currently in custody.

IT IS ORDERED:

1. Plaintiff's motion for hearing, filing 20, is granted.

2. A hearing to determine the merits and applicable procedure on the government's request for a competency examination will be held at 10:30 a.m. on August 16, 2006 before the undersigned in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

2. The defendant shall attend this hearing.

DATED this 4th day of August, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge