IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>            Plaintiff,        )<br>                              )<br>      v.                      )<br>                              )<br> SCOTT A. BINNICK,             )<br>                              )<br>            Defendant.         )<br>                              ) | 4:06CR3033<br><br>ORDER |

   IT IS ORDERED:

   Plaintiff's motion, filing 22, to withdraw its Motion for Evidentiary Hearing (filing 20) is granted.  Evidence will not be adduced, but the hearing set for August 16, 2006 at 10:30 a.m. will be held as ordered.

   DATED this 10th day of August, 2006.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge