IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:06CR3033 |
| v. | ) | |
| | ) | |
| SCOTT A. BINNICK, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

1. The joint oral motion of counsel for the parties is granted and the hearing that was set for August 16, 2006 is cancelled.

2. The competency hearing set for September 27, 2006 at 1:30 p.m. will be held as previously ordered. Defendant shall be present for the hearing.

DATED this 14th day of August, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge