```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
               Plaintiff,      )
                               )         4:06CR3033
          v.                   )
                               )
SCOTT A. BINNICK,              )
                               )       MEMORANDUM AND ORDER
               Defendant.      )
                               )
```

A year ago the defendant was found not competent to stand trial, and counsel were ordered to confer and propose a treatment plan for the defendant to gain competence. However, nothing further has been filed.

IT THEREFORE HEREBY IS ORDERED,

Counsel shall, within ten days, report to the court on the status of the defendant, including any treatment he has received and the results of recent testing, if any, and their respective positions on whether the defendant should be further evaluated at this time.

DATED this 24th day of September, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge