```
                                              FILED
                                         U.S. DISTRICT COURT
                                         DISTRICT OF NEBRASKA
         IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF NEBRASKA    2008 JAN 16 AM 9:15
```

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | OFFICE OF THE CLERK |
|  | ) |  |
| Plaintiff, | ) | 4:06CR3033 |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| SCOTT A. BINNICK, | ) | MEMORANDUM AND ORDER |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

The information before the court has persuaded me that the defendant should be personally observed over an extended period at a Bureau of Prisons medical facility.

IT THEREFORE HEREBY IS ORDERED,

1.  Defendant's motion to modify order for evaluation, filing ___, is denied.

2.  The clerk of court is directed to file defendant's motion under seal.

DATED this 16th day of January, 2008.

BY THE COURT:

*/s/ David L. Piester*
David L. Piester
United States Magistrate Judge