```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3033 |
| | ) | |
| v. | ) | |
| | ) | |
| SCOTT A. BINNICK, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

The parties' joint oral motion for continuance is granted and the competency hearing is continued from February 26 to April 1, 2008 at 3:00 p.m.

Defendant shall be present for the hearing.

DATED this 25th day of February, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge