```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3033 |
| | ) | |
| v. | ) | |
| | ) | |
| SCOTT A. BINNICK, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

The unopposed oral motion of defendant is granted and the competency hearing that was set for July 23 is continued to **July 24, 2008,** at 11:00 a.m. before the undersigned in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

Defendant is required to be present.

DATED this 22nd day of July, 2008.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge