IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3033 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SCOTT A. BINNICK, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion in limine (filing 71) is denied without prejudice, as moot.

October 20, 2008.                    BY THE COURT:

                                                    s/ *Richard G. Kopf*
                                                  United States District Judge