IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3033 |
| | ) | |
| V. | ) | |
| | ) | |
| SCOTT A. BINNICK, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion to continue date to submit written objections (filing 82) is granted. The defendant shall have until December 15, 2008 to submit objections or information to the U.S. Probation Office.

December 15, 2008.

BY THE COURT:

*S/Richard G. Kopf*
United States District Judge