IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3033 |
| | ) | |
| V. | ) | |
| | ) | |
| SCOTT A. BINNICK, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion to continue date to surrender (filing 95) is denied.  The Probation Officer shall provide the Bureau of Prisons with a copy of the defendant's motion (filing 95) for its information.

DATED this 28th day of April, 2009.

BY THE COURT:

*S/Richard G. Kopf*
United States District Judge