IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3033 |
| | ) | |
| V. | ) | |
| | ) | |
| SCOTT A. BINNICK, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that the defendant's second motion to continue date to surrender (filing 97) is denied.

    DATED this 30th day of April, 2009.

                                 BY THE COURT:

                                 *S/Richard G. Kopf*
                                 United States District Judge